IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARQUIS M. DAVIS,

    Petitioner,                   No. CIV S-09-3510 MCE EFB P

    vs.

R. LOPEZ, Warden,

    Respondent.             ORDER

_____/

    On June 13, 2011, the court ordered respondent to file and serve either an answer or a motion in response to petitioner's application within 60 days. The time has run, but respondent has not complied with the order.

    Accordingly, it is hereby ORDERED that within 14 days of the date of this order, respondent shall show cause why he should not be sanctioned for his failure to comply with the court order, and shall either file or seek an extension of time to file an answer or motion.

DATED: September 15, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE